MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

**RECEIVED**
10 DEC -2 AM 11: 25
U.S. BANKRUPTCY COURT
ST. PAUL, MN

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Michael & Anita Aljets

Chapter 7

Case No. 09-37585

Please Check One:

____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service<br>30 E. 7th Street, Suite 1222<br>Mail Stop 5700<br>St. Paul, MN 55101 | 7U | $20.56 | $1.20 |

Date: November 30, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475